IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, | |
| Plaintiff, | Civ. No. 1:22-cv-01482-AA |
| v. | JUDGMENT |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants. | |

This action is DISMISSED.

DATED: 12/21/2023

Melissa Aubin, Clerk

By   /s/ C. Kramer
     Deputy Clerk

1 –JUDGMENT